# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                                        Case No. 14-06809

     James L Thurmond Jr
     Cynthia D Thurmond
         Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

     Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/27/2014.

2) The plan was confirmed on 05/07/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 04/02/2015.

6) Number of months from filing to last payment: 13.

7) Number of months case was pending: 14.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $11,983.53 | |
| Less amount refunded to debtor | $1,024.11 | |
| **NET RECEIPTS:** | | **$10,959.42** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,993.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $441.47 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$4,434.47** |

Attorney fees paid and disclosed by debtor:        $7.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AARON'S SALE AND LEASE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNT RECOVERY SERVICE | Unsecured | 94.00 | NA | NA | 0.00 | 0.00 |
| Accounts Receivable Ma | Unsecured | 579.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA | Unsecured | 524.00 | NA | NA | 0.00 | 0.00 |
| ADVANCED HEART  GROUP | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| AES AMERICAN EDUCATION SVC | Unsecured | 3,994.00 | NA | NA | 0.00 | 0.00 |
| American Bankers Ins Comp of FL | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE | Unsecured | 1,499.00 | 1,470.52 | 1,470.52 | 34.58 | 0.00 |
| AMERICAS FINANCIAL CHOICE | Unsecured | 579.00 | 579.33 | 579.33 | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 1,539.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 283.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 1,362.00 | 1,100.00 | 1,100.00 | 25.86 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 496.00 | NA | NA | 0.00 | 0.00 |
| ASHLEY FUNDING SERVICES LLC | Unsecured | 238.00 | 196.89 | 196.89 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 682.00 | NA | NA | 0.00 | 0.00 |
| BAY AREA CREDIT SVC | Unsecured | 2,021.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| CARDIOLOGY ASS OF NW INDIANA | Unsecured | 5.86 | NA | NA | 0.00 | 0.00 |
| CAVALRY INVESTMENTS | Unsecured | 64.00 | 57.20 | 57.20 | 0.00 | 0.00 |
| CBCS | Unsecured | 445.00 | NA | NA | 0.00 | 0.00 |
| CCI | Unsecured | 637.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 425.00 | NA | NA | 0.00 | 0.00 |
| CHARLES BECK JR MD | Unsecured | 5.36 | NA | NA | 0.00 | 0.00 |
| CHASE CC | Unsecured | 289.23 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 280.00 | 796.12 | 796.12 | 18.72 | 0.00 |
| Commonwealth Financi | Unsecured | 222.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Financi | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Financial | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Financial | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Financial | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | 81.51 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CREDITORS COLLECTION BUREAU | Unsecured | 431.00 | NA | NA | 0.00 | 0.00 |
| Deca Financial Service | Unsecured | 222.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | 4,233.00 | 5,660.58 | 5,660.58 | 133.09 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT | Unsecured | 5,392.00 | NA | 95.61 | 0.00 | 0.00 |
| FORD MOTOR CREDIT | Secured | 14,285.00 | 20,312.61 | 20,312.61 | 4,131.65 | 940.51 |
| GEICO | Unsecured | 164.24 | NA | NA | 0.00 | 0.00 |
| H&R BLOCK BANK | Unsecured | 617.99 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 345.69 | NA | NA | 0.00 | 0.00 |
| HEIGHTS AUTO WORKERS CU | Unsecured | 1,313.00 | 1,312.76 | 1,312.76 | 30.87 | 0.00 |
| HEIGHTS AUTO WORKERS CU | Unsecured | 103.00 | 78.33 | 78.33 | 0.00 | 0.00 |
| HSBC AUTO FINANCE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| IL STATE DISBURSEMENT UNIT | Priority | 1.00 | NA | NA | 0.00 | 0.00 |
| IL STATE DISBURSEMENT UNIT | Priority | 1.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTIONS SERVICE | Unsecured | 46.28 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF HUMAN SERVICE | Unsecured | 1,600.00 | 1,625.00 | 1,625.00 | 38.21 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 977.00 | 1,229.36 | 1,229.36 | 28.91 | 0.00 |
| ISAC | Unsecured | 6,989.00 | 15,492.16 | 15,492.16 | 364.27 | 0.00 |
| IVANHOE DENTAL GROUP | Unsecured | 1,293.96 | NA | NA | 0.00 | 0.00 |
| Jeffery Rosen | Unsecured | 458.27 | NA | NA | 0.00 | 0.00 |
| LABORATORY CORP | Unsecured | 10.27 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 663.00 | NA | NA | 0.00 | 0.00 |
| MUNCIPAL COLLECTION SERVICES | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 637.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 226.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 749.00 | 749.93 | 749.93 | 17.63 | 0.00 |
| Preferred Open MR | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 465.00 | 465.14 | 465.14 | 0.00 | 0.00 |
| PRESTIGE FINANCIAL SERVICES | Unsecured | 4,310.00 | NA | 458.19 | 0.00 | 0.00 |
| PRESTIGE FINANCIAL SERVICES | Secured | 13,175.00 | 17,943.19 | 17,485.00 | 154.47 | 469.53 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 5,029.00 | 5,811.60 | 5,811.60 | 136.65 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Stellar Rec | Unsecured | 351.00 | NA | NA | 0.00 | 0.00 |
| Stellar Rec | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| URO-SURGERY ASSOCIATES LLC | Unsecured | 23.77 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $37,797.61 | $4,286.12 | $1,410.04 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$37,797.61** | **$4,286.12** | **$1,410.04** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$37,178.72** | **$828.79** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,434.47 |
| Disbursements to Creditors | $6,524.95 |
| | |
| **TOTAL DISBURSEMENTS** : | **$10,959.42** |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 05/14/2015                    By: /s/ Tom Vaughn _____
                                                                              Trustee

STATEMENT:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**